No. 93–662.  MARSHALL *v.* NELSON ELECTRIC ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–671.  SANTOPIETRO ET AL. *v.* UNITED STATES; and
No. 93–681.  VITARELLI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–682.  MILLARD PROCESSING SERVICES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 8th Cir.  Certiorari denied.

No. 93–704.  BOTTONE ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–736.  WEBBER *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 93–786.  UNITED STATES *v.* COLORADO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–818.  BOCKES *v.* FIELDS, INDIVIDUALLY AND AS MEMBER AND CHAIRMAN OF THE BOARD OF SOCIAL SERVICES, GRAYSON COUNTY, VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–829.  INTEL CORP. *v.* ULSI SYSTEM TECHNOLOGY, INC. C. A. Fed. Cir.  Certiorari denied.

No. 93–833.  OPERATION RESCUE ET AL. *v.* WOMEN'S HEALTH CENTER ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 93–837.  LOCAL 667 (A UNION AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA) *v.* THORNE ET AL. Ct. App. Tenn.  Certiorari denied.

No. 93–843.  BURGESS *v.* RYAN, ILLINOIS SECRETARY OF STATE, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–845.  MIKHAIL *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 4th App. Dist. Certiorari denied.